CRANE COMPANY, Respondent, v. FERDINANDO NOTO and Another, Appellants. — Appeal dismissed for failure of appellants to comply with the order entered

herein January 11, 1928. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.